UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERI BEMIS AS TRUSTEE OF
MATTHEWS LANDING, et al.

      Plaintiffs,

v.

ADESA IMPACT,

      Defendant.

Civil Action No. 05-11493 (MLW)

The Defendant hereby moves to extend the time to answer, move, or otherwise respond to Plaintiffs' Complaint to and including August 29, 2005. Counsel for Plaintiffs has assented to the requested extension.

| KERI BEMIS, AS TRUSTEE OF MATTHEWS LANDING, et al. | Adesa Impact, |
|---|---|
| By their attorneys, | By its attorneys, |
| S/Brian R. Cunha<br>Brian R. Cunha (BBO #108560)<br>Brian Cunha & Associates, P.C.<br>311 Pine Street<br>Fall River, MA 02720<br>Telephone: (508) 675-9500<br>Fax:  (508) 679-6360 | S/Paul B. Galvani<br>Paul B. Galvani (BBO #183800)<br>Gabriel D. O'Malley (BBO #651432)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110<br>Telephone: (617) 951-7000<br>Fax:  (617) 951-7050 |

Dated: July 19, 2005

Adesa - Bemis extension of time