## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRISTOL, SS.

SUPERIOR COURT DEPARTMENT
C.A. NO: 05-11493-MW

| | | |
|---|---|---|
| KERI BEMIS AS TRUSTEE OF MATTHEWS LANDING, ET AL. | | : |
| | | : |
| | | : |
| | PLAINTIFFS | : |
| VS. | | : |
| | | : |
| ADESA/IMPACT | | : |
| | | : |
| | DEFENDANT | : |

## PLAINTIFFS' AUTOMATIC DOCUMENT DISCLOSURE UNDER LOCAL RULE 26 (a)1

Pursuant to Local Rule 26(a)1, Plaintiffs make the following automatic document disclosure:

### Rule 26(a)(1)(A):

Plaintiff states that the following persons other than the defendants may have information relevant to the disputed facts alleged with particularity in the pleadings:

1.  Keri Bemis, John C. Bemis, Phillip Anderson, Patricia Anderson, Scott A. Bailey, Kimberly A. Bailey, John Botelho, Kimberly Botelho, Thomas Chambers, Susan Chambers, Steven Costa, Maria Costa, Viola Grigaitis, James Hopkins, Jill Hopkins, Richard Ferrara, Kerri Ferrara, Scot Jones, Anabela Jones, Thomas Johnson, Lydia Johnson, Stephen J. Joyce, Judith Joyce, Rodney Lima, Michele Lima, Richard Maclaren, Julia Maclaren, Maryann Mcarther, William Marrison, Pamela Morrison, Eugene Mclaughlin, Susan Mclaughlin, Terence Phalen, Colleen Phalen, Paul Pinheiro, Lori Pinheiro, Michael Buckley, Diane Buckley, Henry Roy, Shelly Roy, David Sarsfield, Susan Sarsfield, Mark Turcotte, Lisa Turcotte, Ron Weimert, Karen Weimert, John Wilson, Mary Ann Wilson, James Withers, Natalie Withers, James Poillucci, Christine Lebreque, and Duane Sousa

2.    C.A. Giroux Appraisal Service, Claud A. Giroux, SRA, ASA, MRA Chief
       Appraiser, P.O. Box, Taunton, Massachusetts,

**Rule 26(a)(1)(B)**

The following documents are relevant to the disputed facts alleged with particularity in the
pleadings:

1.    Market value of homes before and after the contamination.

**Rule 26(a)(1)(C)**

Plaintiff reserves the right to supplement this Rule.

**Rule 26(a)(1)(D)**

Not applicable.

Plaintiff
By her Attorney

Brian R. Cunha, BBO#: 108560
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Dated: December 27, 2005

## CERTIFICATION

I, Brian R. Cunha, Esquire, hereby certify that I have served a copy of the foregoing, Automatic Document Disclosure upon the following;

Gabriel O'Malley, Esquire
Ropes & Gray, LLP
One International Place
Boston, MA 02110

by mailing same, first class mail, postage prepaid, this _11_<sup>th</sup> day of December, 2005.

_____
Brian R. Cunha, Esquire

| Owner as of 11/25/03 | Address | Market Value Before | Market Value After | Damages |
|---|---|---|---|---|
| Scott Jones | 26 Meaghan Circle | $320,000. | $214,500. | $105,500. |
| Phillip Anderson | 7 Grace Circle | $295,000. | $197,500. | $97,500. |
| Scott Bailey | 80 Meaghan Circle | $303,000. | $203,000. | $100,000. |
| John Bemis | 61 Meaghan Circle | $336,000. | 225,000. | $111,000. |
| John Botelho | 95 Meaghan Circle | $360,000. | $250,000. | $110,000. |
| Thomas Chambers | 102 Matthew's Drive | $325,000. | $225,000. | $100,000. |
| Steven Costa | 36 Meaghan Circle | $250,000. | $167,500. | $82,500. |
| Richard Ferrara | 90 Matthew's Drive | $320,000. | $214,500. | $105,500. |
| John Grigaitis | 64 Matthew's Drive | $252,000. | $169,000. | $83,000. |
| James Hopkins | 26 Grace Circle | $325,000. | $218,000. | $107,000. |
| Thomas Johnson | 49 Meaghan Circle | $320,000. | $214,500. | $105,500. |
| Stephen Joyce | 50 Matthew's Drive | $275,000. | $184,000. | $91,000. |
| Rodney Lima | 76 Matthew's Drive | $330,000. | $221,000. | $109,000. |
| Richard MacLaren | 85 Matthew's Drive | $315,000. | $211,000. | $104,000. |
| MaryAnn McArthur | 118 Matthew's Drive | $265,000. | $177,500. | $87,500. |
| Eugene McLaughlin | 36 Grace Circle | $340,000. | $228,000. | $112,000. |
| William Morrison & Pamela Simmons | 23 Grace Circle | $320,000. | $214,500. | $105,500. |
| Terence Phalen | 27 Meaghan Circle | $300,000. | $200,000. | $100,000. |
| Paul Pinheiro | 33 Grace Circle | $318,000. | $231,000. | $105,000. |
| James Poillucci & Christine LaBrecque | 85 Meaghan Circle | $343,500. | $230,000. | $113,500. |
| Henry Roy | 48 Meaghan Circle | $360,000. | $250,000. | $110,000. |
| David Sarsfield & Susan Furtardo | 75 Meaghan Circle | $270,000. | $180,000 | $90,000. |
| Mark Turcotte | 90 Meaghan Circle | $350,000. | $234,500. | $115,500. |
| Ron Weimert | 99 Matthew's Drive | $330,000. | $221,000. | $109,000. |
| John Wilson | 62 Meaghan Circle | $300,000. | $200,000. | $100,000. |
| James Withers | 71 Matthew's Drive | $350,000. | $234,500. | $115,500. |
| | | | | |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRISTOL, SS.                               SUPERIOR COURT DEPARTMENT
                                           C.A. NO: 05-11493-MW

| | | |
|---|---|---|
| KERI BEMIS AS TRUSTEE OF MATTHEWS LANDING, ET AL. | | : |
| | | : |
| | | : |
| | PLAINTIFFS | : |
| VS. | | : |
| | | : |
| ADESA/IMPACT | | : |
| | | : |
| | DEFENDANT | : |

## *PLAINTIFFS' AUTOMATIC DOCUMENT DISCLOSURE UNDER LOCAL RULE 26 (a)1*

Pursuant to Local Rule 26(a)1, Plaintiffs make the following automatic document disclosure:

Rule 26(a)(1)(A):

Plaintiff states that the following persons other than the defendants may have information relevant to the disputed facts alleged with particularity in the pleadings:

1.    Keri Bemis, John C. Bemis, Phillip Anderson, Patricia Anderson, Scott A. Bailey, Kimberly A. Bailey, John Botelho, Kimberly Botelho, Thomas Chambers, Susan Chambers, Steven Costa, Maria Costa, Viola Grigaitis, James Hopkins, Jill Hopkins, Richard Ferrara, Kerri Ferrara, Scot Jones, Anabela Jones, Thomas Johnson, Lydia Johnson, Stephen J. Joyce, Judith Joyce, Rodney Lima, Michele Lima, Richard Maclaren, Julia Maclaren, Maryann Mcarther, William Marrison, Pamela Morrison, Eugene Mclaughlin, Susan Mclaughlin, Terence Phalen, Colleen Phalen, Paul Pinheiro, Lori Pinheiro, Michael Buckley, Diane Buckley, Henry Roy, Shelly Roy, David Sarsfield, Susan Sarsfield, Mark Turcotte, Lisa Turcotte, Ron Weimert, Karen Weimert, John Wilson, Mary Ann Wilson, James Withers, Natalie Withers, James Poillucci, Christine Lebreque, and Duane Sousa

2.     C.A. Giroux Appraisal Service, Claud A. Giroux, SRA, ASA, MRA Chief
       Appraiser, P.O. Box, Taunton, Massachusetts,

**Rule 26(a)(1)(B)**

The following documents are relevant to the disputed facts alleged with particularity in the pleadings:

1.     Market value of homes before and after the contamination.

**Rule 26(a)(1)(C)**

Plaintiff reserves the right to supplement this Rule.

**Rule 26(a)(1)(D)**

Not applicable.

Plaintiff
By her Attorney


Brian R. Cunha, BBO#: 108560
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Dated: December 27, 2005

## CERTIFICATION

I, Brian R. Cunha, Esquire, hereby certify that I have served a copy of the foregoing, Automatic Document Disclosure upon the following;

Gabriel O'Malley, Esquire
Ropes & Gray, LLP
One International Place
Boston, MA 02110

by mailing same, first class mail, postage prepaid, this 21ᵗʰ day of December, 2005.

Brian R. Cunha, Esquire

| Owner as of 11/25/03 | Address | Market Value Before | Market Value After | Damages |
|---|---|---|---|---|
| Scott Jones | 26 Meaghan Circle | $320,000. | $214,500. | $105,500. |
| Phillip Anderson | 7 Grace Circle | $295,000. | $197,500. | $97,500. |
| Scott Bailey | 80 Meaghan Circle | $303,000. | $203,000. | $100,000. |
| John Bemis | 61 Meaghan Circle | $336,000. | 225,000. | $111,000. |
| John Botelho | 95 Meaghan Circle | $360,000. | $250,000. | $110,000. |
| Thomas Chambers | 102 Matthew's Drive | $325,000. | $225,000. | $100,000. |
| Steven Costa | 36 Meaghan Circle | $250,000. | $167,500. | $82,500. |
| Richard Ferrara | 90 Matthew's Drive | $320,000. | $214,500. | $105,500. |
| John Grigaitis | 64 Matthew's Drive | $252,000. | $169,000. | $83,000. |
| James Hopkins | 26 Grace Circle | $325,000. | $218,000. | $107,000. |
| Thomas Johnson | 49 Meaghan Circle | $320,000. | $214,500. | $105,500. |
| Stephen Joyce | 50 Matthew's Drive | $275,000. | $184,000. | $91,000. |
| Rodney Lima | 76 Matthew's Drive | $330,000. | $221,000. | $109,000. |
| Richard MacLaren | 85 Matthew's Drive | $315,000. | $211,000. | $104,000. |
| MaryAnn McArthur | 118 Matthew's Drive | $265,000. | $177,500. | $87,500. |
| Eugene McLaughlin | 36 Grace Circle | $340,000. | $228,000. | $112,000. |
| William Morrison & Pamela Simmons | 23 Grace Circle | $320,000. | $214,500. | $105,500. |
| Terence Phalen | 27 Meaghan Circle | $300,000. | $200,000. | $100,000. |
| Paul Pinheiro | 33 Grace Circle | $318,000. | $231,000. | $105,000. |
| James Poillucci & Christine LaBrecque | 85 Meaghan Circle | $343,500. | $230,000. | $113,500. |
| Henry Roy | 48 Meaghan Circle | $360,000. | $250,000. | $110,000. |
| David Sarsfield & Susan Furtardo | 75 Meaghan Circle | $270,000. | $180,000 | $90,000. |
| Mark Turcotte | 90 Meaghan Circle | $350,000. | $234,500. | $115,500. |
| Ron Weimert | 99 Matthew's Drive | $330,000. | $221,000. | $109,000. |
| John Wilson | 62 Meaghan Circle | $300,000. | $200,000. | $100,000. |
| James Withers | 71 Matthew's Drive | $350,000. | $234,500. | $115,500. |