# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 05-11493-MW

KERI BEMIS AS TRUSTEE OF MATTHEWS LANDING, ET AL.

      PLAINTIFFS

VS.

ADESA/IMPACT

      DEFENDANT

## PLAINTIFFS' MOTION TO REQUEST SCHEDULING CONFERENCE

Now come the Plaintiffs named in the above entitled action and request that this Honorable Court schedule a scheduling conference.

          Plaintiffs
          By their Attorney

          Brian R. Cunha, BBO#: 108560
          BRIAN CUNHA & ASSOCIATES
          311 Pine Street
          Fall River, MA 02720
          (508) 675-9500

Dated:  January 12, 2006

## CERTIFICATION

I, Brian R. Cunha, Esquire, hereby certify that I have served a copy of the foregoing, Plaintiff's Motion to Request Scheduling Conference upon the following;

Gabriel O'Malley, Esquire
Ropes & Gray, LLP
One International Place
Boston, MA 02110

by mailing same, first class mail, postage prepaid, this _12th day of January, 2006.

_____
Brian R. Cunha, Esquire