UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI BEMIS AS TRUSTEE OF MATTHEWS LANDING, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ADESA IMPACT[1]<br><br>Defendant. | Civil Action No. 05-11493 |

This notice is to advise the Court that Defendant ADESA Impact does not consent to a transfer of this case to a Magistrate Judge.

            ADESA Impact,

            By its attorneys,


            s/Paul B. Galvani
            Paul B. Galvani (BBO #183800)
            Gabriel D. O'Malley (BBO #651432)
            ROPES & GRAY LLP
            One International Place
            Boston, MA  02110
            Telephone:  (617) 951-7000
            Fax:  (617) 951-7050

Dated: July 31, 2006

---

[1] Plaintiffs have misnamed Defendant in their Complaint. Defendant's true name is Automotive Recovery Services, Inc. d/b/a ADESA Impact.