UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI BEMIS AS TRUSTEE OF MATTHEWS LANDING, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ADESA IMPACT[1]<br><br>Defendant. | Civil Action No. 05-11493 |

### RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT ADESA IMPACT

I hereby certify that I have conferred with ADESA Impact's trial attorney for the purposes of establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By: _____
George Lawrence
ADESA Impact
Executive Vice President, General Counsel,
and Secretary
13085 Hamilton Crossing Blvd.
Carmel, Indiana 46032

Dated: September 5, 2006

---

[1] Plaintiffs have misnamed Defendant in their Complaint. Defendant's true name is Automotive Recovery Services, Inc. d/b/a ADESA Impact.

10172551_1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI BEMIS AS TRUSTEE OF MATTHEWS LANDING, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ADESA IMPACT[1]<br><br>Defendant. | Civil Action No. 05-11493 |

### RULE 16.1(D)(3) CERTIFICATION OF COUNSEL FOR DEFENDANT ADESA IMPACT

Pursuant to Local Rule 16.1, I hereby certify that I have conferred with the Defendant, ADESA Impact, for the purposes of establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ADESA Impact,

By its attorneys,

s/Paul B. Galvani
Paul B. Galvani (BBO #183800)
Gabriel D. O'Malley (BBO #651432)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
Telephone:  (617) 951-7000
Fax:          (617) 951-7050

Dated:  September 6, 2006

---

[1] Plaintiffs have misnamed Defendant in their Complaint. Defendant's true name is Automotive Recovery Services, Inc. d/b/a ADESA Impact.

10172543_1