UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KERI BEMIS AS TRUSTEE OF     )
MATTHEWS LANDING, ET AL,     )        C.A. No. 05-11493
           Plaintiffs    )
VS.                          )
                             )
ADESA IMPACT                 )
           Defendant     )
_____)

## JOINT STATEMENT

Now come the parties, subject to the approval of the Court, hereby state that they have agreed upon the following schedule:

    10/07/06 - service of initial requests for documents and interrogatories

    12/06/06 - service of responses to requests for documents and interrogatories

    03/01/07 - discovery Motions relating to answers to interrogatories or requests for documents

    08/15/07 - completion of fact witness depositions

    09/01/07 - filing of Motions in connection with discovery or other issues relating to depositions or fact witnesses

    09/15/07 - Plaintiffs' expert disclosures to be served

    10/15/07 - Defendant's expert disclosures to be served

    11/15/07 - completion of expert depositions

    12/15/07 - filing deadline for Summary Judgment

| Defendant, By its Attorneys, | Plaintiffs, By their Attorneys, |
|---|---|
| Ropes & Gray LLP | BRIAN CUNHA & ASSOCIATES |
| /s/Paul B. Galvani | /s/ Brian R. Cunha |
| Paul B. Galvani, Esq. BBO #183800 | Brian R. Cunha, Esq., BBO #108560 |
| Gabriel D. O'Malley, Esq. BBO#651432 | 311 Pine Street |
| One International Place | Fall River, MA 02720 |
| Boston, MA 02110 | Tel: (508) 675-9500 |
| Tel: (617) 951-7000 | Fax: (508) 679-6360 |
| Fax: (617) 951-7050 | |

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

Dated: September 11, 2006

/s/ Brian R. Cunha
Brian R. Cunha, Esq.