

**ROPES & GRAY**

ROPES & GRAY LLP

ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050

BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    WASHINGTON, DC    www.ropesgray.com

October 6, 2006

Gabriel D. O'Malley
617-951-7656
Gabriel.O'Malley@ropesgray.com

Magistrate Judge Marianne B. Bowler
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 8420
Boston, MA 02210

Re:    *Keri Bemis, as Trustee of Matthews Landing, et al. v. Adesa Impact*
       C.A. No. 05-11493 and *Correia et al. v. Adesa Impact*, C.A. No. 05-11494

Dear Judge Bowler:

I am writing to inform you that the parties to the above-captioned matters have agreed to a
proposed settlement, subject to reducing the agreement to writing and obtaining Court approval.
The parties are now working on finalizing a written settlement agreement and respectfully
request that the Court suspend the discovery deadlines set forth in the parties' Joint Statement to
the Court and all other proceedings until we are able to finalize a written settlement agreement
and submit a Stipulation of Dismissal to the Court.

In writing this letter, we have conferred with opposing counsel, Mr. Cunha, who joins in our
request.

Very truly yours,

Gabriel D. O'Malley

GDO:

cc:    Brian R. Cunha, Esq.

10190914_2