UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI BEMIS AS TRUSTEE OF MATTHEWS LANDING, ET AL, </br>Plaintiffs </br>VS. </br></br>ADESA IMPACT </br>Defendant | C.A. No. 05-11493 |

## PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND COMPLAINT

Plaintiffs, herein state that through inadvertence Duane Sousa was added as a party Plaintiff and Plaintiffs would request that this motion to amend be allowed removing Duane Sousa as a Plaintiff.

By their Attorneys,

/s/ Brian R. Cunha
Brian R. Cunha, Esq., BBO #108560
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

Dated: January 19, 2007

/s/ Brian R. Cunha
Brian R. Cunha, Esq.