UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KERI BEMIS AS TRUSTEE OF
MATTHEWS LANDING, et al.

    Plaintiffs,

v.

ADESA IMPACT[1]

    Defendant.

Civil Action No. 05-11493

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Keri Bemis, as trustee of Matthews Landing, et al. and ADESA IMPACT hereby agree and stipulate to the dismissal with prejudice of this action and Plaintiffs waive all rights of appeal. Each party shall bear its own costs.

| KERI BEMIS AS TRUSTEE OF MATTHEWS LANDING, ET AL. | ADESA IMPACT, |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/Brian R. Cunha<br>Brian Cunha & Associates<br>311 Pine Street<br>Fall River, MA 02720<br>Telephone: (508) 679-9500<br>Fax: (508) 679-6360 | /s/Paul B. Galvani<br>Paul B. Galvani (BBO #183800)<br>Gabriel D. O'Malley (BBO #651432)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110<br>Telephone: (617) 951-7000<br>Fax: (617) 951-7050 |

Dated: January 29, 2007

SO ORDERED:

_____
United States District Judge

---

[1] Plaintiffs have misnamed Defendant in their Complaint. Defendant's true name is Automotive Recovery Services, Inc. d/b/a ADESA Impact.

10215687_1